UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN SWARTZ et. al.,

                        Plaintiffs,

-v-                                           6:09-CV-616

RICHARD INSOGNA et al.,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## ORDER

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on July 8, 2011, in Utica, New York, it is hereby

ORDERED that defendants' motion for summary judgment is GRANTED and the complaint is DISMISSED in its entirety.

The Clerk of the Court is directed to enter judgment accordingly.

IT IS SO ORDERED.

                                               United States District Judge

Dated: July 8, 2011
       Utica, New York.