# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JOHN SWARTZ and**
**JUDY MAYTON-SWARTZ**

vs.                                         CASE NUMBER: 6:09-CV-0616

**RICHARD INSOGNA and**
**KEVIN COLLINS**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendants' motion for summary judgment is GRANTED and the complaint is DISMISSED in its entirety.

All of the above pursuant to the order of the Honorable Judge DAVID N. HURD, dated the 8th day of July, 2011.

DATED: July 8, 2011

*[signature]*
Clerk of Court

s/
_____
Christine Mergenthaler
Deputy Clerk