UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____
: 
JOHN SWARTZ and , :
JUDY MAYTON-SWARTZ, :
　　　　　　　　　　　　　　　　　　　　　:
　　　　Plaintiffs-Appellants, :
　　　　　　　　　　　　　　　　　　　　　:
　　v. : No. 6:09-CV-616 (DNH/ATB)
　　　　　　　　　　　　　　　　　　　　　:
RICARD INSOGNA and :
KEVIN COLLINS, :
　　　　　　　　　　　　　　　　　　　　　:
　　　　Defendants-Appellees, :
_____:

**NOTICE OF APPEAL**

　　　　PLEASE BE ADVISED THAT Plaintiffs John Swartz and Judy Mayton-Swartz hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this Court, dated July 8, 2011 (Docket Number 26), as well as from the Order of the Court, dated July 8, 2011 (Docket Number 25), granting summary judgment to Defendants Richard Insogna and Kevin Collins.  The Plaintiffs appeal from each and every portion of this decision and judgment.

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted By:

　　　　　　　　　　　　　　　　　　　　　　/s Elmer Robert Keach, III

　　　　　　　　　　　　　　　　　　　　　　_____
Dated:  July 8, 2011　　　　　　　　　　　　Elmer Robert Keach, III, Esquire
　　　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF ELMER ROBERT
　　　　　　　　　　　　　　　　　　　　　　　　KEACH, III, PC
　　　　　　　　　　　　　　　　　　　　　　1040 Riverfront Center
　　　　　　　　　　　　　　　　　　　　　　P. O. Box 70
　　　　　　　　　　　　　　　　　　　　　　Amsterdam, NY  12010
　　　　　　　　　　　　　　　　　　　　　　Telephone:　　518.434.1718
　　　　　　　　　　　　　　　　　　　　　　Telecopier:　　518.770.1558
　　　　　　　　　　　　　　　　　　　　　　Electronic Mail:
　　　　　　　　　　　　　　　　　　　　　　bobkeach@keachlawfirm.com

　　　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR APPELLANTS**
　　　　　　　　　　　　　　　　　　　　　　**JOHN SWARTZ AND JUDY MAYTON-SWARTZ**