APRIL 17th, 2013                                            UTICA, NEW YORK
HON. DAVID N. HURD, Presiding
Clerk: Craig B. Minor
Steno: Nancy Freddoso

9:25 A.M.    COURT IN SESSION                               w/o jury

John Swartz, et ano.,
    vs
Richard Insogna, et ano.                                    6:09-CV-616

    Requests & objections to Ct's charge and verdict form stated.

Appearances: Elmer R. Keach for pltfs, Thomas Murphy for defts

9:40 A.M.  Jury enters Courtroom

    Judge Hurd states his charge to the jury.

10:25 A.M.  Marshals sworn.  Jury retires to deliberate....

12:44 P.M.  Jury note #1 rec'd.

12:55 P.M.  COURT IN SESSION                                w/jury

    Jury returns its verdict and finds no cause for action on behalf of plaintiffs against defendants.  Jury polled.  Clerk directed to file verdict form.  Jury excused with thanks of the Court.  Clerk directed to enter judgment accordingly.  Motions if any must be filed by 5/3/13; response 5/17/13; reply 5/24/13; returnable 5/31/13 on submit.  Exhibits returned to counsel.

1:10 P.M.  Adjourned.