

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------

JOHN SWARTZ and JUDY MAYTON-SWARTZ,

                Plaintiffs,

-v-                                            6:09-CV-616

RICHARD INSOGNA and KEVIN COLLINS,

                Defendants.

-------------------------------------

## VERDICT FORM

Dated: April 17, 2013
       Utica, New York

COURT'S EXHIBIT NO. 3

## TRAFFIC STOP

1. Did defendant Richard Insogna have reasonable suspicion to believe that a traffic violation or criminal conduct occurred prior to stopping the vehicle driven by plaintiff Judy Mayton-Swartz on May 28, 2006?

     Yes  X   No _____

   If you answered YES to Question No. 1, proceed to Question No. 2.

   If you answered NO to Question No. 1, proceed to Question No. 1a.

   1a. Do you find that a reasonable police officer in defendant Richard Insogna's position could have believed that his conduct was lawful?

     Yes _____ No _____

   If you answered YES to Question No. 1a, proceed to Question No. 2.

   If you answered NO to Questions No. 1a, proceed to Question No. 1b.

   **Damages plaintiff Judy Mayton-Swartz**

   1b. Was this traffic stop a proximate cause of compensatory or actual damages to:

     Plaintiff Judy Mayton-Swartz     Yes _____ No _____

      1c. If YES, state the amount of compensatory or actual damages that you award to plaintiff Judy Mayton-Swartz.

     $_____

      1d. If NO, state the amount of nominal damages that you award to plaintiff Judy Mayton-Swartz, not to exceed one dollar ($1.00):

     $_____

      1e. Do you find that plaintiff Judy Mayton-Swartz is entitled to an award of punitive damages against defendant Richard Insogna?

     Yes _____ No _____

**Damages plaintiff John Swartz**

1f. Was this traffic stop a proximate cause of compensatory or actual damages to:

        Plaintiff John Swartz     Yes _____ No _____

1g. If YES, state the amount of compensatory or actual damages that you award to plaintiff John Swartz.

        $_____

1h. If NO, state the amount of nominal damages that you award to plaintiff John Swartz, not to exceed one dollar ($1.00):

        $_____

1i. Do you find that plaintiff John Swartz is entitled to an award of punitive damages against defendant Richard Insogna?

        Yes _____ No _____

## FALSE ARREST

2. Do you find that probable cause existed to arrest plaintiff John Swartz for disorderly conduct on May 28, 2006?

        Yes __X__ No _____

If YES, proceed to page six, sign in the space provided, and notify the Marshal that you have a verdict.

If NO, proceed to Question No. 2a.

2a. Do you find that a reasonable police officer in the defendant officers' position could have believed that probable cause for the arrest was present?

        Yes _____ No _____

If YES, proceed to Question No. 3.

If NO, proceed to Question No. 2b.

2b.  Who do you find arrested plaintiff John Swartz on May 28, 2006?

        Defendant Richard Insogna only _____

        Both defendants Richard Insogna and Kevin Collins _____

**Damages**

2c.  Was this arrest the proximate cause of compensatory or actual damages to plaintiff John Swartz?

        Yes _____   No _____

    2d.  If YES, state the amount of compensatory or actual damages that you award to plaintiff John Swartz.

        $_____

    2e.  If NO, state the amount of nominal damages that you award to plaintiff John Swartz, not to exceed one dollar ($1.00):

        $_____

2f.  Do you find that plaintiff John Swartz is entitled to an award of punitive damages against defendant Richard Insogna?

        Yes _____   No _____

## **MALICIOUS PROSECUTION**

3. Did defendant Richard Insogna file the criminal complaint against plaintiff John Swartz with actual malice?

   Yes _____ No _____

   If YES, proceed to Question No. 3a.

   If NO, proceed page six, sign in the space provided, and notify the Marshal that you have a verdict.

   **Damages**

   3a. Was this malicious prosecution the proximate cause of compensatory or actual damages to plaintiff John Swartz?

   Yes _____ No _____

   3b. If YES, state the amount of compensatory or actual damages that you award to plaintiff John Swartz.

   $_____

   3c. If NO, state the amount of nominal damages that you award to plaintiff John Swartz, not to exceed one dollar ($1.00):

   $_____

   3d. Do you find that plaintiff John Swartz is entitled to an award of punitive damages against defendant Richard Insogna?

   Yes _____ No _____

   Proceed page six, sign in the space provided, and notify the Marshal that you have a verdict.

YOUR VERDICT MUST BE UNANIMOUS.
ALL MUST SIGN.

Dated: April 17, 2013

*[signatures of jurors]*