# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**John Swartz and Judy Mayton-Swartz,**
    Plaintiff(s)
  vs.                          **CASE NUMBER: 6:09-CV-616**

**Richard Insogna and Kevin Collins.**
    Defendant(s)

**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that above entitled action is hereby dismissed on the merits with prejudice in accordance with the jury's verdict of no cause for action on behalf of plaintiffs against defendants and Order of the Hon. David N. Hurd on April 17th, 2013 in open Court at Utica, New York.

DATED: April 17, 2013

*Laurence K. Baerman*
Clerk of Court

/s/
Craig B. Minor
Deputy Clerk